# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Mary Kathy Johns

                    Plaintiff,

v.                                         Case No.: 1:16–cv–03357

                                                        Honorable Ruben Castillo

LTD Financial Services, LP

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2016:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed with prejudice pursuant to the Notice of Voluntary Dismissal with Prejudice [8] filed by Plaintiff on 4/29/16.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.